# Exhibit 7

MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax:    (520) 798-1037

By: Melvin C. Cohen, SB# 3728
    Patrick J. Lopez, SB #19183
    Paul A. Loucks, SB #019880
    73032-6/gc

Attorneys for Plaintiff/Counter-Defendant

ARIZONA SUPERIOR COURT

PINAL COUNTY

| | |
|---|---|
| THE PARSONS CO., INC., an Arizona corporation, <br><br> Plaintiff, <br><br> v. <br><br> AWD RANCH LLC, an Arizona limited liability company; R. W. WALKER and EVE F. WALKER, husband and wife; DESERT PLANTS CONSERVANCY, L.L.C., an Arizona limited liability company, <br><br> Defendants. <br><br> And Related Actions. | NO. CVC 2004 01368 <br><br> **STIPULATION AND ORDER DISMISSING AWD FARMS, LLC WITH PREJUDICE** |

Plaintiff The Parsons Co. and Defendant AWD Farms, LLC, through their undersigned attorneys, stipulate that all existing claims against AWD Farms, LLC, may be

1 dismissed with prejudice, with each party to bear their own costs and attorneys fees.

2     DATED: July __16th__, 2009.

3

4 MESCH, CLARK & ROTHSCHILD, P.C.

5

6 BY: _____     BY: _____
    Melvin C. Cohen                                     Dustin T. Dudley

7 Patrick J. Lopez                                        Attorney for Defendant AWD Farms,
Paul A. Loucks                                          LLC

8 Attorneys for The Parsons Co.

9

10    ORDER

11

12     Upon reading the foregoing stipulation and good cause appearing,

13     IT IS HEREBY ORDERED that the above matter is dismissed with prejudice as to

14 Defendant AWD Farms, LLC, each party to bear its own costs and attorneys fees.

15     DATED: July, _____, 2009.

16

17

18                                                   Hon. Robert Carter Olsen
                                                  Judge of the Superior Court

19 Distribution on following page.

20 //////

21

22

23

24

25

26