# Exhibit 8

1 **Kevin Bumstead, #024337**
40 N. Central Ave., Ste. 1400
2 Phoenix, Arizona 85701
3 kb@bumsteadlaw.com
P: (602) 343-1811; F: (623) 518-4837
4 *Attorney for AWD Ranch, Desert Plants Conservancy,*
*Niles Lipin and Mimi Pierron*
5

6

7 ## SUPERIOR COURT OF ARIZONA

8 ### MARICOPA COUNTY

| | |
|---|---|
| AWD Farms, LLC, an Arizona limited liability company, | Case No.: CV2008-029422 |
| Plaintiff, | **STIPULATED JUDGMENT** |
| vs. | |
| AWD Ranch, LLC, an Arizona limited liability company; Desert Plants Conservancy, LLC, an Arizona limited liability company; Niles Lipin and Marie "Mimi" Pierron | |
| Defendants. | (Assigned to Honorable Douglas Rayes) |

Defendants AWD Ranch, LLC and Desert Plants Conservancy, LLC, Niles Lipin and Marie "Mimi" Pierron; and AWD Farms, LLC by and through their respective attorneys hereby stipulate to entry of judgment as follows:

1. Judgment is entered in favor of AWD Farms, LLC against AWD Ranch, LLC, Desert Plants Conservancy, LLC, Niles Lipin and Marie "Mimi" Pierron, jointly and severally in the amount of $1,800,000.00.

/ / /

/ / /

/ / /

1

2. The above judgment amount will not accrue interest for the first 30 months, thereafter interest will accrue at the rate of 10% per annum.

Dated this _3/_ day of July, 2009.

By: _[signature]_
Niles Lipin

Dated this _3/_ day of July, 2009.

By: _[signature]_
Niles Lipin
*Member AWD Ranch, LLC*

By: _[signature]_ 7-31-09
Virginia Greenhalgh
*Member AWD Farms, LLC*

Approved as to form and content:

By: _[signature]_
Kevin Bumstead
*Attorney for AWD Ranch, LLC,*
*Desert Plants Conservancy, LLC*
*Niles Lipin and Marie "Mimi" Pierron*

Dated this _31st_ day of July 2009.

By: _[signature]_
Marie "Mimi" Pierron

Dated this _31st_ day of July 2009.

By: _[signature]_
Marie "Mimi" Pierron
*Member Desert Plants Conservancy, LLC*

By: _[signature]_
Dustin T. Dudley, #021465
One East Camelback, Suite 550
Phoenix, Arizona 85012
(602) 300-6777
businesslitigation@cox.net
*Attorney for AWD Farms, LLC*

DONE IN OPEN COURT this _3_ day of August, 2009.

_[signature]_
HONORABLE DOUGLAS RAYES
SUPERIOR COURT JUDGE

2