# Exhibit 9

# JUDGMENT SATISFACTION AGREEMENT
# BETWEEN AWD FARMS LLC
# AND AWD RANCH LLC, DESERT PLANTS CONSERVANCY LLC,
# NILES LIPIN AND MARIE "MIMI" PIERRON

Pursuant to the Stipulated Judgment signed August 3, 2009, ("Judgment"), AWD Farms LLC and AWD Ranch LLC, Desert Plants Conservancy LLC, Niles Lipin and Mimi Pierron agree to the following conditions in satisfaction of Judgment.

This agreement is made under the assumption that the corrupt Judge Robert Carter Olson will very likely rule against AWD Ranch LLC and Desert Plants Conservancy LLC, Niles Lipin and Mimi Pierron in the summary judgment that is currently outstanding and likely all other motions before his court.

## 1) Garnishment of Wages against Mimi Pierron and Niles Lipin.

AWD Farms reserves the right at anytime, to garnish 25% of Ms. Pierron's wages or any other legally garnishable income in repayment of Judgment. For now, AWD Farms recognizes that Ms. Pierron is supplying the legal fees to continue in case CV2004-01368.

AWD Farms reserves the right at anytime, to garnish 25% of any future income or any other legally garnishable income Mr. Lipin may earn in repayment of Judgment.

## 2) Offset for legal expenses

AWD Farms will allow an offset of an agreed upon amount of funds, presently set at $100,000, for all legal expenses that AWD Ranch and Desert

1

Case 2:11-ap-02300-GBN    Doc 54-9    Filed 10/08/12    Entered 10/08/12 15:09:03    Desc
Exhibit    Page 2 of 7

Plants Conservancy, Niles Lipin and Mimi Pierron anticipate in pursuit of winning their case over the next 30 months.

### 3) 30 months waiver of interest and collection of personal property

AWD Farms is allowing 30 months of time before taking physical possession of property or charging interest on the remaining balance. This time allows for AWD Ranch and Desert Plants Conservancy, Niles Lipin and Mimi Pierron to appeal the case, work with federal authorities in the criminal cases, and uncover and expose the corruption of the other parties and the judges.

Effective as of this date of this signed agreement, in partial repayment of its judgment, AWD Farms claims ownership rights to all personal belongings of Niles Lipin and Mimi Pierron that could be normally attached and/or have value and that AWD Farms has a legal right to in order to satisfy its Judgment.

After 30 months, an interest rate of 10% per annum will apply to the remaining balance, as stated in the Judgment.

In accord with the Judgment, after 30 months, all property that AWD Farms has a legal interest in to satisfy its debt may be removed, sold or otherwise liquidated as AWD Farms see fit. Niles Lipin and Mimi Pierron agree to store and keep in safe condition all of AWD Farms' property, with the exception of any normal wear and tear if relevant.

### 4) Future awards from legal case, settlements, property recovery, etc.

AWD Farms claims first right to any awards from legal actions including RICO, malpractice, appeals or any other judgments in favor of AWD Ranch and

Desert Plants Conservancy, Niles Lipin and Mimi Pierron that results in a monetary or property award, to go towards repayment of the Judgment.

SIGNED THIS 4TH DAY OF AUGUST, 2009.

_____
Niles Lipin, Member
AWD Ranch, LLC

_____
Loraine Kesselring, Member
AWD Farms, LLC

_____
Marie (Mimi) Pierron, Member
Desert Plants Conservancy, LLC

_____
Virginia Greenhalgh, Member
AWD Farms, LLC

_____
Kathy Claypatch, Member
AWD Farms, LLC

_____
Celeste Cockrell, Member
AWD Farms, LLC

# SUPPLEMENT TO JUDGMENT SATISFACTION AGREEMENT
# BETWEEN AWD FARMS LLC
# AND AWD RANCH LLC, DESERT PLANTS CONSERVANCY LLC,
# NILES LIPIN AND MARIE "MIMI" PIERRON

AWD Farms LLC and AWD Ranch LLC, Desert Plants Conservancy LLC, Niles Lipin and Mimi Pierron agree to the following supplemental conditions in satisfaction of Judgment signed August 3, 2009 by Judge Douglas Rayes, Maricopa County recorded document 2010-0025432.

### 5) Specifically regarding any future malpractice or related claims to be filed.

Assuming AWD Ranch LLC, Desert Plants Conservancy LLC, Niles Lipin and Mimi Pierron lose their claims in CV2004-01368, have to appeal, and should they not prevail in an appeal, within 3 months, or when agreed upon by the parties, of a final appellate ruling in CV2004-01368 and/or when it is ripe to file, AWD Ranch LLC, Desert Plants Conservancy LLC, Niles Lipin and Mimi Pierron agree to initiate and vigorously pursue a legal malpractice suit against Tim Barton, Michael Woodlock, Gust Rosenfeld and First American Title Company or any other appropriate parties.

The business losses of one-half of all incomes and interest thereon were not sued for in CV2008-029422 and lie outside and in addition to the claims and settlement within CV2008-029422. AWD Ranch LLC, Desert Plants Conservancy LLC, Niles Lipin and Mimi Pierron will pay the sum of 11.1 million dollars in addition to the payment of the stipulated judgment of 1.8 million, including the waiver of 30 months of interest at 10% per annum, all for the lost income for the AWD Farms' owed portions of all the failed associated business endeavors and interest lost at 10% per annum, till payment is received thereon. This sum of 11.1 million dollars equals the approximate total loss of AWD Farms' business claims against AWD Ranch LLC, Desert Plants Conservancy LLC, Niles Lipin and Mimi Pierron.

1

Because Farms has waived 30 months of interest and the other particulars as stated in the Judgment Satisfaction Agreement, after all attorneys fees and costs have been paid, whatever award or settlement is received, the first 11.1 million dollars will be paid to AWD Farms LLC.

After receipt of a settlement or award received from any lawsuit or other source, the funds specified in this supplement will become due and payable to AWD Farms LLC.

Should AWD Ranch LLC, Desert Plants Conservancy LLC, Niles Lipin and Mimi Pierron not prevail in a malpractice lawsuit, the stipulated judgment remains in force and begins to accrue interest beginning February 3, 2012.

### 6) Arizona Law and this Supplement

Arizona law requires that this supplement be added to define that AWD Ranch LLC, Desert Plants Conservancy LLC, Niles Lipin and Mimi Pierron are to pay AWD Farms LLC the funds of any award or settlement after they receive them and AWD Farms LLC shall have no rights within the suit(s). No part of this agreement shall be deemed a transfer of rights or of assignment of proceeds and at no time shall AWD Farms LLC have the right to have the lawsuit assigned to it or receive direct proceeds in this matter. This supplement, in part, is being made to further delineate any question about this issue.

### Agreement and Supplement remain in full force

If any part of this original agreement and supplement is ever found by a court of valid jurisdiction to be invalid, the remaining parts shall remain in effect.

### Confidentiality

This entire agreement shall be held in strict confidence by the parties undersigned who agree not to divulge these critical legal plans of the parties/entities. Only under a valid order of a court of law or an agreement by the parties, can the parties reveal the contents of this Judgment Satisfaction Agreement and its Supplement.

2

## 7) Addendum under Item #2 - Offset for legal expenses.

Whatever garnishment is collected from Ms. Pierron and/or Mr. Lipin, and is then used to pay for any legal expenses for either Ms. Pierron's, Mr. Lipin's, AWD Ranch's or Desert Plants Conservancy's, or future expenses for AWD Farms related to any case related to those parties or entities, it shall be deducted from the $100,000 offset that was already stated under item #2.

SIGNED THIS 5TH DAY OF AUGUST, 2009.

_____
Niles Lipin, Member
AWD Ranch, LLC

_____
Loraine Kesselring, Member
AWD Farms, LLC

_____
Marie (Mimi) Pierron, Member
Desert Plants Conservancy, LLC

_____
Virginia Greenhalgh, Member
AWD Farms, LLC

_____
Kathy Claypatch, Member
AWD Farms, LLC

_____
Celeste Cockrell, Member
AWD Farms, LLC

3