# Exhibit 10

**United States Bankruptcy Court**
**District of Arizona**

IN RE:                                                         Case No. **2:11-bk-26500**

**LIPIN, NILES SANFORD**                     Chapter **11**
Debtor(s)

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 165,600.00 | | |
| B - Personal Property | Yes | 3 | $ 43,705.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 237,249.30 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 5,441,895.36 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 5,133.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 3,464.45 |
| TOTAL | | 17 | $ 209,305.00 | $ 5,679,144.66 | |

B6D (Official Form 6D) (12/07)

IN RE LIPIN, NILES SANFORD _____  Case No. 2:11-bk-26500 _____
                    Debtor(s)                                              (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AWD Farms, LLC<br>1628 E. Southern Avenue, Ste. 9-122<br>Tempe, AZ 85282-0000 | X | | Judgment (UCC-1 Against Personal Property) - Business Debt<br><br>VALUE $ 3,605.00 | | | | 3,605.00 | |
| ACCOUNT NO. 0140<br>Wells Fargo<br>PO Box 30427<br>Los Angeles, CA 90030 | | | Mortgage for property located at: Alameda Drive, Tempe, AZ.<br><br>VALUE $ 165,600.00 | | | | 233,644.30 | 68,044.30 |
| ACCOUNT NO.<br> | | | <br>VALUE $ | | | | | |
| ACCOUNT NO.<br> | | | <br>VALUE $ | | | | | |

_0_ continuation sheets attached

Subtotal (Total of this page) $ 237,249.30 | $ 68,044.30

Total (Use only on last page) $ 237,249.30 | $ 68,044.30

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE LIPIN, NILES SANFORD                                    Case No. **2:11-bk-26500**
                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AWD Farms LLC<br>1628 E. Southern Avenue, Suite 9-122<br>Tempe, AZ 85282-0000 | | | **Unsecured Portion of Judgment** | | | | 1,682,548.97 |
| ACCOUNT NO. 9943<br>Bank Of America<br>PO Box 15026<br>Wilmington, DE 19850 | | | | | | | 17,952.99 |
| ACCOUNT NO. 1613<br>Bank Of America<br>PO Box 15026<br>Wilmington, DE 19850 | | | | | | | unknown |
| ACCOUNT NO. 2452<br>Bank Of America<br>PO Box 15026<br>Wilmington, DE 19850 | | | | | | | 15,075.33 |
| ___3___ continuation sheets attached | | | | | Subtotal (Total of this page) | | $ 1,715,577.29 |
| | | | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1941 Bank Of America PO Box 15026 Wilmington, DE 19850 | | | | | | | unknown |
| ACCOUNT NO. 2143 Bank Of America PO Box 15026 Wilmington, DE 19850 | | | | | | | 10,696.11 |
| ACCOUNT NO. 2636 Bank Of America PO Box 15026 Wilmington, DE 19850 | | | | | | | unknown |
| ACCOUNT NO. 9421 Capital One PO Box 30285 Salt Lake City, UT 84130 | | | | | | | 804.83 |
| ACCOUNT NO. 8167 Capital One PO Box 30285 Salt Lake City, UT 84130 | | | | | | | 4,953.38 |
| ACCOUNT NO. 8051 Chase PO Box 15298 Wilmington, DE 19850 | | | Revolving Account (2002-10-24) | | | | 5,064.00 |
| ACCOUNT NO. 4268 Chase PO Box 15298 Wilmington, DE 19850 | | | | | | | 5,851.06 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 27,369.38

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1987<br>Discover<br>PO Box 30943<br>Salt Lake City, UT 84130 | | | | | | | 13,143.91 |
| ACCOUNT NO.<br>Estate Of Robert Walker/Eve Walker<br>Keating Law Firm<br>7702 E. Doubletree Ranch, #300<br>Scottsdale, AZ 85258 | X | | Judgment - Business Debt<br>Subject to Setoff | X | X | X | 3,165,225.00 |
| ACCOUNT NO.<br>FIA Card Services<br>PO Box 15102<br>Wilmington, DE 19886 | | | | | | X | 5,547.21 |
| ACCOUNT NO. 8141<br>First Electronic<br>Frys<br>PO Box 825<br>Draper, UT 84020 | | | | | | | 4,117.45 |
| ACCOUNT NO. 8337<br>First National Bank Of Omaha<br>PO Box 2557<br>Omaha, NE 68103 | X | | | | | | 11,998.04 |
| ACCOUNT NO. 6942<br>GE Money Lowes<br>PO Box 103104<br>Rosewell, GA 30079 | | | | | | | 9,000.72 |
| ACCOUNT NO. 4526<br>GE Money Sams Club<br>PO Box 965003<br>Orlando, FL | | | | | | | 254.10 |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 3,209,286.43

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Great Indoors<br>C/O United Recovery Systems<br>5800 N. Course Drive<br>Houston, TX 77072 | | | | | | | 9,014.26 |
| ACCOUNT NO. 3587<br>Home Depot<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | | | Revolving account opened 2007-11-29 | | | | 1,272.00 |
| ACCOUNT NO. 7941<br>HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197 | | | Revolving account opened 2001-01-19 | | | | 6,487.00 |
| ACCOUNT NO. 4129<br>Sears/CBNA<br>PO Box 6189<br>Sioux Falls, SD 57117 | | | Revolving Account (2001-12-11) | | | | 9,014.00 |
| ACCOUNT NO.<br>The Parsons Co., Inc.<br>Mesch Clark & Rothschild, PC<br>259 N. Meyer Ave.<br>Tucson, AZ 85701 | X | | Judgment - Business Debt<br>Subject to Setoff | X | X | X | 463,875.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 489,662.26

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 5,441,895.36