# Exhibit 12

# AWD FARMS 

PHONE (480)907-8600; FAX (602)431-2254

December 16, 2011

Chris D. Barski
Barski/Drake PLC
14500 N. Northsight Blvd. Suite 200
Scottsdale, AZ 85260

Dear Mr. Barski:

AWD Farms had a garnishment in place as a result of a judgment against Marie Pierron. We received garnishment amounts for a short time after Ms. Pierron filed bankruptcy. We have been advised by our attorney that garnishment ends at the time bankruptcy is filed, therefore we have enclosed these post-filing garnishment amounts for you to return to Ms. Pierron.

Enclosed are two checks made out to Ms. Pierron. The first check of $63.90 is for the entire 8 hour workday that Ms. Pierron filed bankruptcy on September 16, 2011. The second check of $343.73 is for the week after Ms. Pierron filed bankruptcy. Since Ms. Pierron's Chapter 11 filing, Farms has not proceeded with any further garnishment actions.

Due to Ms. Pierron's employer's pay period delay in issuing garnishment checks, we received garnishment amounts four to five weeks after the time period Ms. Pierron worked. We did not deposit the employer's garnishment checks that the enclosed amounts were deducted from until November 29, 2011.

If you have any questions you may contact me at 480-907-8600.

Sincerely,

Celeste Cockrell
Member of AWD Farms LLC

c: Becky Cholewka