# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|   |   |
|---|---|
| **Debtor:** | NILES S LIPIN |
| **Case Number:** | 2:11-bk-26500-GBN    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 06, 2012 10:00 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matters:

1) **ADV: 2-11-02323**

   The Estate of Robert W. Walker and Eve F & NILES S LIPIN & NILES S LIPIN vs NILES S LIPIN & MARIE PIERRON & The Estate of Robert W. Walker and Eve F & The Estate of Robert W. Walker and Eve F
   ORAL ARGUMENT ON DEFENDANT'S NILES LIPIN'S MOTION FOR SUMMARY JUDGMENT

   **R / M #:**   41 / 0

2) **ADM: 2:11-BK-26500-GBN**

   CONTINUED CHAPTER 11 STATUS HEARING

   **R / M #:**   1 / 0

3) ORAL ARGUMENT ON DEBTOR'S OBJECTIONS TO CLAIM #12 AND CLAIM #13

   **R / M #:**   133 / 0

4) **ADV: 2-11-02300**

   The Parsons Company, Inc. & The Estate of Robert Walker and Eve Walk vs NILES S LIPIN & MARIE PIERRON & AWD Farms, LLC
   ***FOR MINUTE ENTRY PURPOSES ONLY***

   **R / M #:**   0 / 0

## Appearances:

   RICHARD L. STROHM, ATTORNEY FOR DEBTOR
   KEVIN R. KEATING, ATTORNEY FOR WALKERS
   PAUL A LOUCKS, ATTORNEY FOR THE PARSONS CO.
   DANIEL A. BEATTY, ATTORNEY FOR NILES S LIPIN
   DAVID REICHEL, ATTORNEY FOR AWD FARMS

Page 1 of 3

Case 2:11-ap-02300-GBN    Doc 55    Filed 11/06/12    Entered 11/07/12 08:34:55    Desc
Main Document    Page 1 of 3    11/07/2012   8:34:33AM

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 2:11-bk-26500-GBN     TUESDAY, NOVEMBER 06, 2012 10:00 AM

## *Proceedings:*

ITEM #1

The Court gave it's preliminary view of these matters.

Mr. Strohm argued his position, stating that the judgment would be void for violation of the statute of limitations.

Mr. Keating responded.

Mr. Strohm replied, stating that there has been no appeal.

COURT: IT IS ORDERED TAKING THIS MATTER UNDER ADVISEMENT.

ITEM #3

COURT: IT IS ORDERED CONTINUING THIS MATTER TO JANUARY 18, 2013 AT 10:30 A.M.

ITEM #2

Mr. Strohm asked that the debtor delay filing a plan and disclosure statement until after they have received a ruling on the summary judgment motions.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO JANUARY 18, 2013 AT 10:30 A.M.

ITEM NOT ON CALENDAR - ADV. 11-2300

Mr. Loucks addressed the recently filed motion for summary judgment, that has not yet been set for hearing.

Mr. Reichel reviewed the agreement of the parties.

COURT: IT IS ORDERED SETTING A STATUS HEARING IN ADVERSARY 11-2300 ON JANUARY 18, 2013 AT 10:30 A.M.

UNDER ADVISEMENT
cc: Rachael

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...   2:11-bk-26500-GBN          TUESDAY, NOVEMBER 06, 2012 10:00 AM