# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | NILES S LIPIN |
| **Case Number:** | 2:11-BK-26500-GBN   **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, JANUARY 18, 2013 10:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | KAYLA COLASONT |

## Matters:

1) ORAL ARGUMENT ON DEBTOR'S CROSS MOTIONS FOR SUMMARY JUDGMENT (CLAIM #12)
   R / M #:   173 / 0

2) CONTINUED CHAPTER 11 STATUS HEARING
   R / M #:   1 / 0

3) ADM: 2:11-bk-26500-GBN
   ORAL ARGUMENT ON DEBTOR'S PARTIAL MOTION FOR SUMMARY JUDGMENT AGAINST WALKERS (CLAIM #13)
   R / M #:   174 / 0

4) ADM: 2:11-bk-26500-GBN
   ORAL ARGUMENT ON DEBTOR'S OBJECTIONS TO CLAIM #12 AND CLAIM #13
   R / M #:   133 / 0

5) ADV: 2-11-02300
   The Parsons Company, Inc. & The Estate of Robert Walker and Eve Walk vs NILES S LIPIN & MARIE PIERRON & AWD Farms, LLC
   STATUS HEARING ON COMPLAINT RE:  SUBORDINATION OF CLAIM OR INTEREST
   R / M #:   0 / 0

## Appearances:

RICHARD STROHM, ATTORNEY FOR DEBTOR NILES S LIPIN
KEVIN R. KEATING, ATTORNEY FOR WALKERS, THE ESTATE OF ROBERT WALKER AND EVE WALKER
PAUL A LOUCKS, ATTORNEY FOR THE PARSONS CO.(T), THE PARSONS COMPANY, INC., THE ESTATE OF ROBERT WALKER AND EVE WALKER
DAVID W. REICHEL, ATTORNEY FOR AWD FARMS, LLC

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 2:11-BK-26500-GBN          FRIDAY, JANUARY 18, 2013 10:30 AM

## Proceedings:

ITEM #5

Mr. Reichel noted that they almost have a stipulation to dismiss Parsons from the case.

Mr. Keating indicated that they are waiting for answers to discovery.

Mr. Loucks responded.

COURT:  THE COURT WILL SIGN AN ORDER APPROVING THE WITHDRAWAL OF THE PARSONS WHEN SUBMITTED.

Mr. Keating addressed the pending motion for summary judgment, stating that he would like to wait until the completion of discovery to proceed.

Mr. Reichel objected.

COURT:  IT IS ORDERED CONTINUING THE STATUS HEARING TO APRIL 2, 2013 AT 9:30 A.M.  THE COURT WILL APPROVE A STIPULATION TO A BRIEFING SCHEDULE IF FILED.

ITEM #2

Mr. Barski indicated that he is available for any questions the Court may have.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO APRIL 2, 2013 AT 9:30 A.M.

ITEMS 1, 3, #4

The Court gave it's preliminary view of these matters.

Mr. Strohm responded, arguing his position.

Mr. Loucks and Mr. Keating responded.

Mr. Strohm replied.

The Court placed it's decision on the record.  Anyone wishing a copy may obtain a transcript or compact disk.

COURT: IT IS ORDERED DENYING DEBTOR'S MOTIONS FOR SUMMARY JUDGMENT AGAINST THE TWO CREDITORS.

Case 2:11-ap-02300-GBN    Doc 58    Filed 01/18/13    Entered 01/18/13 15:18:47    Desc
Main Document    Page 2 of 3
01/18/2013  3:18:17PM

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...   2:11-BK-26500-GBN          FRIDAY, JANUARY 18, 2013 10:30 AM

IT IS FURTHER ORDERED GRANTING PARSON'S MOTION FOR SUMMARY JUDGMENT AS TO THE LEGITIMACY OF THE CLAIM BUT NOT AS TO THE $190,800 PORTION.