| | |
|---|---|
| 1 | Michael T. Reynolds (AZ # 016719) |
| 2 | Reynolds Legal Group, PLLC |
|   | 125 East Coronado Road |
| 3 | Phoenix, Arizona 85004 |
|   | T: (602) 253-6141 |
| 4 | F: (602) 252-4133 |
| 5 | *Attorneys for AWD Farms LLC* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| NILES LIPIN, | Case No. 2:11-bk-26500-GBN |
| Debtor and Debtor in Possession, | Case No. 2:11-bk-26502-JMM |
| and | [Jointly Administered Under |
| MARIE (MIMI) PIERRON, | Case No. 2:11-bk-26500-GBN] |
| Debtor and Debtor in Possession. | Adv. No. 2:11-ap-02300-GBN |
| THE ESTATE OF ROBERT WALKER AND EVE WALKER, | **AWD FARM LLC'S NOTICE OF COMPLIANCE WITH DISCOVERY REQUESTS** |
| Plaintiffs, | |
| vs. | |
| NILES LIPIN and MARIE (MIMI) PIERRON; and AWD FARMS LLC, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN**, that the Defendant in the adversary case captioned above, AWD Farms LLC ("AWD"), has delivered to Plaintiff its Response to the Interrogatories and Request for Production of Documents along with bates labeled documents. The delivery of

said documents and Responses was effectuated on April 3, 2013 at the law offices of Kevin Keating, counsel for Plaintiff in the above captioned adversary.

Respectfully submitted this 4th day of April, 2013.

>Reynolds Legal Group, PLLC
>
>By ___/s/Michael Reynolds_____ 016719
>Michael T. Reynolds, Esq.
>*Attorneys for AWD Farms LLC*

# CERTIFICATE OF SERVICE

I certify that on April 4, 2013, I electronically transmitted this document to the Clerk of the Bankruptcy Court for the District of Arizona using the CM/ECF system and that I additionally caused the foregoing document to be mailed through U.S. First Class mail to the following:

Kevin R. Keating
The Keating Law Firm, PLC
7702 East Doubletree Ranch Road
Suite 300
Scottsdale, AZ 85258
*Attorney for the Walkers*

**CHRIS D. BARSKI**
BARSKI DRAKE PLC
14500 N NORTHSIGHT BLVD, SUITE 200
SCOTTSDALE, AZ 85260
*Attorneys for Debtor*

/s/Michael Reynolds

By: _/s/Michael Reynolds_____